UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHRISTOPHER E. BROWN,  :
an individual, :
 : Case No.:2:20-cv-04396-JMA-ARL
Plaintiff, :
vs. :
 :
MERRICK SHOPPING CENTER, INC., :
*a New York Corporation*, :
 :
Defendant. :
-----------------------------------------------------------------x

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case. The parties are currently waiting on their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within twenty (20) days. The parties further request that all hearings and deadlines be adjourned.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Brian T. Ku* | */s/ Michael B. Mirotznik* |
| Brian T. Ku (883690) | Michael B. Mirotznik, Esq. |
| Ku & Mussman, P.A. | Mirotzmik & Associates, LLC |
| 18501 Pines Blvd, Suite 209-A | 2115 Hempstead Turnpike |
| Pembroke Pines, FL 33029 | East Meadow, NY 11554 |
| Tel: (305) 891-1322 | Tel: (516) 794-8827 |
| Fax: (954) 686-3976 | |
| | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 15th day of December, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Michael B. Mirotznik, Esq.
Mirotzmik & Associates, LLC
2115 Hempstead Turnpike
East Meadow, NY 11554

                                By:  */s/ Brian T. Ku*
                                    Brian T. Ku (883690)