UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| CHRISTOPHER E. BROWN,<br>an individual, | :<br>:<br>: |
| Plaintiff, | :     Case No.:2:20-cv-04396-JMA-ARL<br>: |
| vs. | :<br>: |
| MERRICK SHOPPING CENTER, INC.,<br>*a New York Corporation*, | :<br>:<br>: |
| Defendant. | : |

-----------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice of all claims, and except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: January 4, 2021

Respectfully submitted,                                   Respectfully submitted,

*/s/ Brian T. Ku*                     .                           */s/ Michael B. Mirotznik*           .
Brian T. Ku (883690)                                    Michael B. Mirotznik, Esq.
Ku & Mussman, P.A.                                    Mirotzmik & Associates, LLC
18501 Pines Blvd, Suite 209-A                     2115 Hempstead Turnpike
Pembroke Pines, FL 33029                          East Meadow, NY 11554
Tel: (305) 891-1322                                      Tel: (516) 794-8827
Fax: (954) 686-3976

*Attorneys for Plaintiff*                                  *Attorney for Defendant*

1

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 4th day of January, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to all attorneys of record.

               */s/ Brian T. Ku*
               Brian T. Ku, Esq.