UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER E. BROWN,
an individual,

         Plaintiff,

vs.

MERRICK SHOPPING CENTER, INC.,
*a New York Corporation,*

         Defendant.
-------------------------------------------------------------x

**FILED**
**CLERK**
1/5/2021 12:15 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Case No.:2:20-cv-04396-JMA-ARL

Case closed.
SO ORDERED.
/s/ JMA, USDJ
1/5/2021

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice of all claims, and except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: January 4, 2021

Respectfully submitted,

*/s/ Brian T. Ku*          .
Brian T. Ku (883690)
Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976

*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Michael B. Mirotznik*          .
Michael B. Mirotznik, Esq.
Mirotzmik & Associates, LLC
2115 Hempstead Turnpike
East Meadow, NY 11554
Tel: (516) 794-8827

*Attorney for Defendant*